**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Kenneth Russell, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:22-cv-3278 |
| v. | : |
| Valor Intelligent Processing, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety without prejudice and without costs to any party.

| Kenneth Russell | Valor Intelligent Processing, LLC |
|---|---|
| ___/s/ Sergei Lemberg___ | ___/s/ Alison N. Emery___ |
| Sergei Lemberg, Esq. | Alison N. Emery |
| Lemberg Law, LLC | Emery Law, PLLC |
| 444 North Michigan Avenue, Suite 1200 | 011 Gate Parkway, Bldg 100, Suite 100 |
| Chicago, IL 60611 | Jacksonville, FL 32256 |
| Telephone: (203) 653-2250 | Telephone: (904) 404-3394 |
| Email: slemberg@lemberglaw.com | Email: alison@emerylawjax.com |
| Attorney for Plaintiff | Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg
Sergei Lemberg, Esq.